```
1  BENJAMIN B. WAGNER
   United States Attorney                    FILED
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney                   JUL 2 3 2012
3  501 I Street, Suite 10-100
   Sacramento, California 95814          CLERK, U.S. DISTRICT COURT
4  Telephone: (916) 554-2758             EASTERN DISTRICT OF CALIFORNIA
                                         BY
5                                              DEPUTY CLERK
```


                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 12-SW-228-GGH
                                 )
9301 Morton Davis Drive,         )
Patterson, CA.                   )   [PROPOSED] ORDER
                                 )   FOR UNSEALING WARRANT AND
                                 )   SEARCH WARRANT AFFIDAVIT
                                 )
                                 )
                                 )
                                 )
                                 )

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20, 2012

                                 HON. KENDALL J. NEWMAN
                                 U.S. Magistrate Judge